OK-122

FILED

JUL 17 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY DEPUTY CLERK

# United States District Court

EASTERN District of CALIFORNIA

UNITED STATES OF AMERICA
V.

Iane LOVAN, Vong SOUTHY, Somphane MALATHONG, Khamphou KHOUTHONG, and Saisee SUPHAN
(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

Case Number:

1: 13 MJ 00149 BAM

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about July 16, 2012, in Fresno County,
(Date)
in the EASTERN District of CALIFORNIA defendant(s)did,

*(Track Statutory Language of Offense)*
Iane LOVAN, Vong SOUTHY, Somphane MALATHONG, Khamphou KHOUTHONG, and Saisee SUPHAN conspired to manufacture 1,000 or more marijuana plants, a Schedule I controlled substance,

in violation of Title 21, United States Code, Section (s) 841(a)(1) and 846
I further state that I am a(n) Drug Enforcement Administration Special Agent and that this complaint is based on the following facts:
Official Title

See attached affidavit, incorporated by reference

Continued on the attached sheet and made a part hereof. ☒ Yes ☐ No

[signature]
Signature of Complainant

Patrick Wolfe, Special Agent, DEA
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

7/16/13 at Fresno Ca
Date City State

B. McAuliffe MJ [signature]
Name of Judge Title of Judge Signature of Judge

**AFFIDAVIT**

I, Patrick Wolfe, being duly sworn, do hereby declare and state:

**A. AFFIANT'S EXPERTISE**

1. I am a Special Agent (SA) of the U.S. Drug Enforcement Administration (DEA) and have been so employed since March, 2012. I am currently assigned to the DEA Fresno Resident Office. Prior to being employed with the DEA, I was a Captain in the United States Army and served as an Explosive Ordnance Disposal (EOD) Officer for five years, which included a 15 month combat tour in Iraq. I was also employed by the Department of Homeland Security for a year and a half as a Federal Air Marshal. I have received special training in the methods used by drug traffickers to illegally produce, transport, and distribute marijuana and other controlled substances. I am familiar with, and have participated in, all the formal methods of investigations, including, but not limited to, electronic surveillance, visual surveillance, general questioning of witnesses, search warrants, confidential informants, and the use of undercover agents. I have participated in investigations involving organizations involved in the manufacture, distribution, and possession with intent to distribute controlled substances, including, but not limited to, marijuana.

2. This affidavit is made to support a complaint charging Iane LOVAN, Vong SOUTHY, Somphane MALATHONG, Khamphour KHOUTHONG, and Saisee SUPHAN with Conspiracy to Manufacture 1,000 or More Marijuana Plants, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

**B. FACTS ESTABLISHING PROBABLE CAUSE**

3. The facts which establish probable cause in support of a complaint and arrest warrants for Iane LOVAN, Vong SOUTHY, Somphane MALATHONG, Khamphou KHOUTHONG, and Saisee SUPHAN are either personally known to me or have been told to me directly by other Federal, State, and Local law enforcement officers. I have not detailed all facts known to me in connection with the investigation of this case, but only those facts that I believe are relevant to support a probable cause determination.

4. On July 12, 2013, the Honorable U.S. Magistrate Judge Gary S. Austin signed a

federal search warrant for the property located at 556 North Zedicker Avenue, Sanger, CA. On July 16, 2013, DEA Fresno Group 2 and Fresno County Sheriff's (FSO) executed a federal search warrant at a marijuana grow site located at 556 North Zedicker Avenue, Sanger, CA. The property is described as a large agricultural plot, with an abandoned single family residence, with numerous people living in make shift shacks throughout the property. The law enforcements officers entered the marijuana grow site at approximately 6:30 a.m. and found one handgun and approximately 20,000 plus marijuana plants growing on the property. From my training and experience, I am aware that each marijuana plant grown outdoors in this area can produce one pound or more of "bud" (post-processing). That processed marijuana bud commands wholesale price of $1,000 or more locally and significantly more if sold outside California. The officers made contact with 21 asian subjects who were in the marijuana grow site and detained them. Five of these individuals were arrested by DEA on federal charges. These individuals are Iane LOVAN, Vong SOUTHY, Somphane MALATHONG, Khampou KHOUTHONG, and Saisee SUPHAN. Each of these individuals was interviewed separately and the following statements were made.

5. Iane LOVAN ran from the officers when they entered the grow site and announced their presence. The officers wearing clothing that fully identified them as law enforcement. When he was contacted later on, there was a Taurus PT92AF 9mm handgun found approximately 10 feet away from him. Fresno County Sheriff's Deputy Merv Wong entered the marijuana grow site at the northeast corner. While other officers were escorting two individuals that they had detained, Deputy Wong observed LOVAN appear behind the detainees, near a red BMW, trying to hide himself. LOVAN was looking around and when Deputy Wong announced himself and told LOVAN to come towards him, LOVAN took off running out of sight of Deputy Wong. Fresno County Sheriff's Deputy Adrian Villegas entered the marijuana grow site from the south near the canal. Deputy Villegas and other officers made their way north to clear the area. After moving north, Deputy Villegas and other officers made their way back south to the canal and on their way back, Deputy Villegas found a plastic bag, containing a wrapped up white shirt, containing a Taurus PT92AF 9mm handgun, with 15 rounds of 9mm ammunition. The

firearm had a full magazine but there was no round chambered. After continuing further south, Deputy Villegas and other officers loudly announced that they were going to release K-9's to continue their search. At this point, Deputy Villegas observed LOVAN stand up and appear from where he was laying down and hiding, which was approximately 10 feet from where the firearm was found. LOVAN was then detained by the officers. There were no other people found in the vicinity of the firearm and where LOVAN was found. In Deputy Villegas' training and experience, he believes that LOVAN was in possession of the handgun. Neither Deputy Villegas, nor anyone else saw LOVAN carrying the firearm or saw LOVAN throw anything down. After being detained, LOVAN told Deputy Villegas that he didn't comply with his commands because he was scared. Upon advice of his Miranda rights, by Fresno County Sheriff's Deputy Villanueva, LOVAN initially declined to talk with officers. While being transported to Fresno County Jail, LOVAN told DEA Group Supervisor Pete Vainauskas that he had come to Fresno about four months ago from San Diego, CA. LOVAN said that he came to Fresno because it is illegal to grow marijuana in San Diego and that it is well known that you can grow marijuana in Fresno, CA. A review of LOVAN's criminal history reveals negative results.

6. Upon advice and waiver of his Miranda rights, by Fresno County Sheriff's Deputy Yvette Paul, Vong SOUTHY said that he had come to Fresno from Texas about two months ago. He said that he is growing about 80 marijuana plants and that he uses them all for himself and he smokes marijuana about three times a day. When asked why he doesn't grow marijuana in Texas, SOUTHY said that it is illegal. When asked if he sells the marijuana, SOUTHY said no, he smokes all 80 plants himself. A review of SOUTHY's criminal history reveals negative results. SOUTHY has a California Identification Card that was issued on 05/22/2013 and a California Medical Marijuana Recommendation that was issued on 05/22/2013.

7. Upon advice and waiver of his Miranda rights, by DEA Special Agent Phil Hartshorne, Somphane MALATHONG said that he has a medical marijuana recommendation for 90 plants and he just started growing a couple of weeks ago but doesn't know how many plants he is growing. MALATHONG said that he buys clones of marijuana plants in Oakland at a place

called the Bulldog Café. MALATHONG said that he paid $1,000 for rent of his section of land until December of 2013. He said that he gave the money to his parents, who gave the money to an unknown person. A review of MALATHONG's criminal history includes grand theft, possession of marijuana for sale, possession of a controlled substance for sale, theft, and possession of or removing plants.

8. Upon advice and waiver of his Miranda rights, by Fresno County Deputy Daniel Larralde, Khamphou KHOUTHONG stated that he lives in Hawaii and he has been in Fresno for 2 months, helping farm the marijuana and learning how to cultivate it. He has a medical marijuana card with a recommendation for 99 marijuana plants. KHOUTHONG said that his friend from Hawaii paid for his parcel here in Fresno so he could come and grow marijuana. He said that he doesn't know his friend's name, who his friend paid, or how much his friend paid for the parcel. KHOUTHONG is a United States citizen and a review of his criminal history reveals negative results. KHOUTHONG has a California Identification Card that was issued on 06/17/2013 and was issued a California Medical Marijuana Recommendation that was issued 2 days later on 06/19/2013.

9. Upon advice and waiver of his Miranda rights, by DEA Special Agent Jason Murray, Siasee SUPHAN stated that he came from Hawaii to Fresno so that he could grow marijuana. He said that he got a California Identification Card so he could get a Medical Marijuana Recommendation Card. He said that he has a recommendation for 90 marijuana plants and that he does not sell marijuana. A review of SUPHAN's criminal history reveals that he was deported to Thailand by the FBI in 2003. SUPHAN has a California Identification Card that was issued on 06/12/2013 and a California Medical Marijuana Recommendation that was issued on 06/19/2013.

**C. CONCLUSION**

10. Based on the foregoing, there is probable cause to believe that Iane LOVAN, Vong SOUTHY, Somphane MALATHONG, Khamphour KHOUTHONG, and Saisee SUPHAN did knowingly and intentionally conspired to manufacture 1,000 or more marijuana plants, a

Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), and 846.

I, Patrick Wolfe, your affiant, swear that the facts presented herein are true and accurate to the best of my knowledge.

PATRICK WOLFE, Special Agent
Drug Enforcement Administration

SUBSCRIBED AND SWORN TO
BEFORE ME THIS DAY OF
JULY 16, 2013

United States Magistrate Judge

Approved as to content and form
this 16th day of July, 2013:

/s/ Kevin Rooney
KEVIN ROONEY
Assistant U.S. Attorney

AUSA's initials

**PENALTY SLIP**

**DEFENDANT:** LANE LOVAN, VONG SOUTHY SOMPHANE MALATHONG, KHAMPHOUR KHOUTHONG and SAISEE SUPHAN

**VIOLATIONS:** 21 U.S.C. §§ 841(a)(1) and 846 - Conspiracy to Manufacture 1,000 or More Marijuana Plants

**PENALTIES:** COUNT ONE

10 years minimum imprisonment, maximum life
$10,000,000 fine
5 years mandatory supervised release, maximum lifetime
$100 Special Assessment