1  PHILLIP A. TALBERT
   United States Attorney
2  KEVIN P. ROONEY
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,                CASE NO. 1:13 CR 00294 LJO

12                    Plaintiff,             MOTION TO DISMISS INDICTMENT
                                             (Fed.R.Crim.P. 48(a))
13           v.

14 VONG SOUTHY,
   SOMPHANE MALATHONG,
15   and
   KHAMPHON KHOUTHONG,

16                    Defendants.

17

18     The United States of America, by and through Phillip A. Talbert, United States Attorney, and

19 Kevin P. Rooney, Assistant United States Attorney, hereby moves to dismiss the Indictment as to Vong

20 Southy, Somphane Malathong and Khamphou Khouthong, without prejudice and in the interest of

21 justice.

22     After the indictment in this matter, budgetary restrictions in the 2014 Consolidated and Further

23 Continuing Appropriations Act of 2015, Pub. L. No. 113-235, tit. V, div. B, § 538 and the decision in

24 *U.S. v. McIntosh*, 833 F.3d 1163 (9th Cir 2016), imposed additional evidentiary requirements to allow

25 the government to continue the prosecution in this matter. Because the government is not confident it

26 ///

27 ///

28 ///

can establish those evidentiary requirements with regard to these particular defendants, the government is moving for dismissal at this time.

Dated:  April 21, 2015

PHILLIP A. TALBERT
United States Attorney

By: /s/ KEVIN P. ROONEY
KEVIN P. ROONEY
Assistant United States Attorney

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | PHILLIP A. TALBERT<br>United States Attorney<br>KEVIN P. ROONEY<br>Assistant United States Attorney<br>2500 Tulare Street, Suite 4401<br>Fresno, CA 93721<br>Telephone: (559) 497-4000<br>Facsimile: (559) 497-4099 |
| 6<br>7 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>        v.<br><br>VONG SOUTHY,<br>SOMPHANE MALATHONG,<br>  and<br>KHAMPHON KHOUTHONG<br><br>             Defendants. | CASE NO. 1:13 CR 00294 LJO<br><br>ORDER ON GOVERNMENT'S MOTION TO INDICTMENT |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED in the interest of justice that the Indictment against VONG SOUTHY, SOMPHANE MALATHONG and KHAMPHON KHOUTHONG be dismissed without prejudice to refiling.

IT IS SO ORDERED.

　　Dated: **April 21, 2017**　　　　　　**/s/ Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　UNITED STATES CHIEF DISTRICT JUDGE

MOTION TO DISMISS　　　　　　　　　3